UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:17-CR-12 |
| | ) | |
| | ) | |
| JERRY A. SMITH | ) | |

### **ORDER**

This criminal matter is before the Court to consider the report and recommendation of the United States Magistrate Judge dated November 30, 2017. In that report and recommendation, the Magistrate Judge recommends that this Court grant the defendant's motion to withdraw his not guilty pleas, accept the defendant's pleas of guilty to Count One and Count Eighteen of the Indictment, and adjudge the defendant guilty of those counts as set forth in the Indictment, [Doc. 537].

On November 30, 2017, United States Magistrate Judge Clifton Corker conducted a plea hearing in this case, at which he found the defendant fully capable and competent to enter an informed plea. The Magistrate Judge further found that the defendant understood the nature of the charges and penalties provided by law, and that he knowingly and voluntarily entered his pleas of guilty, with full understanding of all rights he was waiving, and free from any force, threats, or promises, aside from those contained in the plea agreement. Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with the Magistrate Judge's report and recommendation. Accordingly, the Court ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation, [Doc. 537], pursuant to 28 U.S.C. § 636(b)(1) and ORDERS as follows:

(1) The defendant's pleas of guilty to Count One and Count Eighteen of the Indictment are ACCEPTED;

(2) The defendant is hereby ADJUDGED guilty of the charges set forth in Count One and Count Eighteen of the Indictment;

(3) A decision on whether to accept the plea agreement is DEFERRED until sentencing; and

(4) Defendant SHALL REMAIN in custody until sentencing in this matter which is currently scheduled to take place on March 19, 2018 at 1:30 p.m. before the Honorable J. Ronnie Greer.

ENTER:

                                                                s/J. RONNIE GREER
                                                  UNITED STATES DISTRICT JUDGE